UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 17-31970 |
| Thomas M. Wilke | ) | |
| DEBTOR | ) | CHAPTER 7 |
| | ) | |

### NOTICE OF ADDRESS CORRECTION

Please be advised that Debtor's NEW address is:

105 Plain Street
LaPorte, IN  46350

_____
Regina M. Wilkinson
Attorney for Debtors
1000 Washington St.
Michigan City, IN  46360
(219) 871-1234


CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that on November 21, 2017, I deposited in the U.S. Mail at Michigan City, Indiana, 46360, and/or filed electronically a copy of the attached Motion properly addressed to the following:

Chapter 7 Trustee     Clerk of Court     US Trustee

_____
Regina M. Wilkinson
Attorney for Debtor
1000 Washington St.
Michigan City, IN  46360
(219) 871-1234